UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| **COREY TAYLOR,**<br><br>**PLAINTIFF,**<br><br>v.<br><br>**ASHLEY DISTRIBUTION SERVICES, LTD, ASHLEY DISTRIBUTION SERVICES HOLDINGS, INC., ASHLEY FURNITURE INDUSTRIES, LLC, ADAM WITZENS, ACE AMERICAN INSURANCE COMPANY AND JOHN DOES 1-3,**<br><br>**DEFENDANTS.** | Civil Action No.<br><br>1:22-cv-02638-SEG |

## DEFENDANTS' CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

COME NOW Defendants and file this Certificate of Interested Persons and Corporate Disclosure Statement pursuant to Fed. R. Civ. P 7.1 and L.R. 3.3, showing the Court as follows:

(1) The undersigned counsel of record for Defendants certifies that the following is a full and complete list of all parties in this action, including any parent corporation and any publicly held corporation that owns 10% or more of the stock of a party:

**Plaintiff:**

Corey Taylor

**Defendants:**

Ashley Furniture Industries, Inc. ("AFI") – AFI is wholly owned by ultimate parent company Ashley Holdings, Inc. There is no publicly held entity that holds a 10% or more interest in AFI.

Ashley Distribution Services, Ltd. ("ADS") – ADS is wholly owned by ultimate parent company Ashely Distribution Services Holdings, Inc. There is no publicly held entity that holds a 10% or more interest in ADS.

Ashley Distribution Services Holdings, Inc. ("ADSH") – ADSH is a privately held company. There is no publicly held entity that holds a 10% or more interest in ADSH.

ACE American Insurance Company ("ACE") – ACE is wholly owned by ultimate parent company Chubb Limited, which is publicly traded (NYSE: CB). No other publicly held entity holds a 10% or more interest in ACE.

Adam Witzens

(2) The undersigned further certifies that the following is a full and complete list of all other persons, associations of persons, firms, partnerships, or

corporations having either a financial interest in or other interest which could be substantially affected by the outcome of this particular case:

None known at this time other than the parties listed above.

(3) The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for the parties in this proceeding:

**For Plaintiff:**

Jeffrey N. Mykkeltvedt
jeff@ml-llc.com
Darrell T. Carver
darrell@ml-llc.com
Mykkeltvedt & Loftin, LLC
5229 Roswell Road, NE
Atlanta, GA 30342

**For Defendants:**

William H. Major, III
wmajor@hpylaw.com
David H. Wilson
dwilson@hpylaw.com
Hawkins Parnell & Young, LLP
Suite 4000
303 Peachtree Street, N.E.
Atlanta, GA 30308

Respectfully submitted this 11th day of July, 2022.

        HAWKINS PARNELL & YOUNG, LLP

        */s/ David H. Wilson*
        William H. Major, III
        Georgia Bar No. 466750
        David H. Wilson
        Georgia Bar No. 767774
        ATTORNEYS FOR DEFENDANTS

## **CERTIFICATE OF SERVICE and**

## **CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 5.1C**

This is to certify that I have this day, served counsel for all parties in this action with a copy of the foregoing CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT by depositing in the United States Mail, a copy of same in an envelope with adequate postage thereon, addressed as follows:

Jeffrey N. Mykkeltvedt, Esq.
Darrell T. Carver, Esq.
Mykkeltvedt & Loftin, LLC
5229 Roswell Road, NE
Atlanta, GA 30342

I further certify pursuant to Rule 7.1 of the Local Rules for the Northern District of Georgia that this document has been prepared in "Times New Roman" font, 14 point, as required by Local Rule 5.1(C).

This 11th day of July, 2022.

**HAWKINS PARNELL & YOUNG, LLP**

By: */s/ David H. Wilson*
William H. Major III
Georgia Bar No. 466750
David H. Wilson
Georgia Bar No. 767774
*Attorneys for Defendants*

303 Peachtree Street, NE
Suite 4000
Atlanta, GA 30303
Phone: 404.614.7400
Fax: 855.889.4588

31026034.1